**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. TANDY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-17-436-R |
| | ) | |
| 1. HAMPEL OIL DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF FEBRUARY, 2018.**

| | |
|---|---|
| s/ Amber L. Hurst | s/Michael Woodson |
| Mark Hammons, OBA #3748 | |
| Amber L. Hurst OBA No. 21231 | *(Signed by filing counsel with permission)* |
| HAMMONS GOWENS HURST & ASSOCIATES | Michael Woodson, OBA #16347 |
| | Nevin R. Kirkland, OBA #19855 |
| 325 Dean A. McGee Ave. | EDMONDS COLE LAW FIRM, P.C. |
| Oklahoma City, Oklahoma 73102 | 7 S. Mickey Mantle Drive, 2nd Floor |
| Telephone: (405) 235-6100 | Oklahoma City, OK 73104 |
| Facsimile: (405) 235-6111 | Telephone: (405) 272-0322 |
| amber@hammonslaw.com | Facsimile: (405) 235-4654 |
| *Attorneys for Plaintiff* | Email: mwoodson@edmondscole.com |
| | Email: nkirkland@edmondscole.com |
| | *Attorneys for Defendant* |